JOHN C. SHIRTS, IDAHO STATE BAR NO. 9295
UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM HUNTER HARMEL,<br><br>Defendant. | Case No. 1:26-mj-00284-REP<br><br>**UNITED STATES OF AMERICA'S MOTION FOR DETENTION PENDING DEFENDANT'S REMOVAL TO THE DISTRICT OF UTAH** |

The United States of America, by and through the undersigned counsel, requests that this Court order the Defendant in the above-captioned matter detained pending removal to the U.S. District Court for the District of Utah, pursuant to Federal Rule of Criminal Procedure 5 and the terms of the Bail Reform Act, 18 U.S.C. § 3142(e) and (f).

A detention hearing is authorized to determine whether any condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community because the Defendant is charged with a crime of violence, as defined in 18 U.S.C. § 3156.

There is a statutory rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community because there is probable cause that the Defendant committed an offense involving a minor victim under 18 U.S.C. § 2423.

The Government alleges that, based on the following factors to be considered by the Court set out in 18 U.S.C. § 3142(g), there are no conditions of release that will reasonably assure the appearance of the Defendant as required and/or the safety of any other person and the community:

1. The nature and circumstances of the offense charged;

2. The weight of the evidence against the Defendant;

3. The history and characteristics of the Defendant, including:

a. the Defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

b. whether, at the time of the current offense or arrest, the Defendant was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under federal, state or local law; and

4. The nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release.

For these reasons, the Government requests that the Defendant be detained his removal to the District of Utah.

Respectfully submitted this 3rd day of November, 2026.

JOHN C. SHIRTS
UNITED STATES ATTORNEY
By:

*/s/ Erin C. Blackadar*
ERIN C. BLACKADAR
Assistant United States Attorney