# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Initial Appearance on a Rule 5- Complaint from District of Utah
(X) Preliminary Hearing and Detention Hearing: Tuesday, November 10, 2026 at 11:00 a.m.

MAGISTRATE JUDGE: Raymond E. Patricco
DEPUTY CLERK/ESR: Danielle VanMeer
LOCATION: Courtroom 7

DATE: 11/4/2026
TIME: 10:37-10:50 a.m.

**UNITED STATES OF AMERICA vs. Adam Hunter Harmel**
**Idaho case #1:26-mj-00284-REP**
**Charging district case #2:26-mj-00872-DAO**

Counsel for: United States (AUSA): Erin Blackadar
Defendant: Nicole Owens, Federal Defender
USPO: Benjamin Biddulph

(X) Defendant placed under oath.
(X) Defendant appeared in custody on a Complaint.
(X) Copy of charging document provided to defendant. Defendant waived or requested reading.
(X) Court provided initial appearance advising of all Constitutional rights to Counsel the charging document/Rule 5 proceedings/detention proceedings.
(X) Financial Affidavit - Court reviewed and appointed Federal Defender.

Defendant advised of right to preliminary and detention hearings; requested both. The Court heard oral argument on the Government's oral motion to bifurcate hearings. Motion denied. A combined Preliminary and Detention Hearing is set for Tuesday, November 10, 2026, at 11:00 a.m. before Judge Patricco. Order of Temporary Detention entered.

(X)Waiver of Rule 5 Hearing entered.

(X)Defendant committed to the custody of the USMS.