UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

United States of America,

Plaintiff,

v.

Adam Hunter Harmel

Defendant.

No.: 1:26-mj-00284-REP

**Charging District's Case No:**

2:26mj872-DAO

**Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)**

I understand that I have been charged in another district, the (name of the district/court) District of Utah.

I have been informed of the charges and of my rights to:

1. retain counsel or request the assignment of counsel if I am unable to retain counsel;
2. an identity hearing to determine whether I am the person named in the charges;
3. production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
4. a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;
5. a hearing on any motion by the Government for detention;
6. request transfer of the proceedings to this district under Fed.R.Crim.P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/4/26

Adam Harmel
Defendant

Date: 11/4/26

[signature]
Attorney's Signature

Nicole Owens
Printed Name of Attorney