_ AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Adam Hunter Harmel<br><br>Defendant. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case No. 1:26-mj-00284-REP |

It is ORDERED that a detention hearing is set for Tuesday, November 10, 2026 at 11:00 a.m. before Chief U.S. Magistrate Judge Raymond E. Patricco.

Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATED: November 04, 2026

Raymond E. Patricco
U.S. Magistrate Judge